IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

THOMAS EUGENE THRASH, #255519,    )
                                  )
                Plaintiff,        )
                                  )
        v.                        )        CIVIL ACTION NO. 2:13cv690-TMH
                                  )
CYNTHIA STEWART,                  )
                                  )
                Defendant.        )

## ORDER AND OPINION

On October 24, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 3).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case is TRANSFERRED to the United States District Court for the Southern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.[1]

Done this the 22nd day of November, 2013.

/s/ Truman M. Hobbs
_____

SENIOR UNITED STATES DISTRICT JUDGE

---

[1]    In transferring this case, the court makes no determination with respect to the merits of the plaintiff's claim for relief.